# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DEVIN BLOUNT | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-08-00438-001 DLJ<br>BOP Case Number: DCAN408CR000438-001<br>USM Number:    DEVIN BLOUNT<br>Defendant's Attorney :Joyce Leavitt |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>Charges 1 and 3-6 of Petition regarding the</u> term of supervision.

[x]  Court finds violation as to <u>Charge 8</u> of the Petition regarding the term of supervision..

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]  The defendant has not violated condition(s) _ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 21, 2008
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

D. Lowell Jensen- United States District Judge
Name & Title of Judicial Officer

November 26, 2008
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

| | | |
|---|---|---|
| DEFENDANT: | DEVIN BLOUNT | Judgment - Page 2 of 3 |
| CASE NUMBER: | CR-08-00438-001 DLJ | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | Violation of standard condition to not commit another federal, state or local crime | 5/20/08; 6/20/08 |
| Charge Three | Violation of standard condition to refrain from excessive use of alcohol | 5/20/08 |
| Charge Four | Violation of standard condition number eleven to notify probation officer within 72 hours of being questioned by law enforcement | 8/28/08 |
| Charge Five | Violation of standard condition number two to report to probation officer and submit written reports | 9/2/08; 9/24/08; 10/1/08 |
| Charge Six | Violation of standard condition number six to notify probation officer ten days prior to any change in residence or employment | 9/2/08 |
| Charge Eight | Violation of standard condition to not commit another federal, state or local crime | 10/14/08 |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

| | | |
|---|---|---|
| DEFENDANT: | DEVIN BLOUNT | Judgment - Page 3 of 3 |
| CASE NUMBER: | CR-08-00438-001 DLJ | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  24 months .

**Court imposes a 1 year term of supervised release with same conditions as previously imposed.**

[**x**]     The Court makes the following recommendations to the Bureau of Prisons:
that the defendant be housed in a facility as close to this area as possible.

[**x**]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

   [ ]  at ___ [] am [] pm on ___.
   [ ]  as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before  2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

___

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal