IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-08-00438-DLJ |
| Plaintiff, | **ORDER** |
| v. | |
| Devin Blount, | |
| Defendant. | |

On March 18, 2011 a Supervised Release Violation Hearing was held as to defendant Devin Blount. Joyce Leavitt represented the defendant and the government was represented by James Mann. The defendant admitted violating Charges One and Two of the Petition filed January 28, 2011.

The Court modifies the conditions of Supervised Release as follows:

The defendant is to be placed in a halfway house for the remainder of his term of Supervised Release, at the direction of the probation officer.

Dated: March 22, 2011

D. Lowell Jensen
UNITED STATES DISTRICT JUDGE