AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DEVIN BLOUNT | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-08-00438-001 DLJ<br>BOP Case Number: DCAN408CR000438-001<br>USM Number: 62101-097<br>Defendant's Attorney: Joyce Leavitt |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) Charges 2, 3, 4 and 5 of Amended Petition filed 7/28/2011 regarding the term of supervision.

[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Court dismisses Charges 1, 6 and 8 of Amended Petition filed 7/28/2011.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 14, 2011
Date of Imposition of Judgment

*/s/ D. Lowell Jensen*
Signature of Judicial Officer

Honorable D. Lowell Jensen, U. S. District Judge
Name & Title of Judicial Officer

October 25, 2011
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT: DEVIN BLOUNT  Judgment - Page 2 of 3
CASE NUMBER:   CR-08-00438-001 DLJ

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge Two | Violation of standard condition to refrain from unlawful use of any controlled substance | 4/18/2011 |
| Charge Three | Violation of 3/18/11 modified condition to be placed in halfway house for remainder of his term of supervision | 5/7/2011 |
| Charge Four | Violation of special condition number five to participate in a correctional treatment program | 5/9/2011 |
| Charge Five | Violation of standard condition number one that he not leave the district without permission of the court or probation officer | 5/16/2011 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:     DEVIN BLOUNT                                            Judgment - Page 3 of 3
CASE NUMBER:   CR-08-00438-001 DLJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  12 months and One Day . 
**No term of Supervised Release imposed**.

[**x**]    The Court makes the following recommendations to the Bureau of Prisons:
that defendant be housed in a facility as close to this area as possible; Herlong Facility.

[**x**]    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]    The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                       _____
                                                       UNITED STATES MARSHAL

                                                  By   _____
                                                       Deputy United States Marshal